# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |  | |
|---|---|---|---|
| JEREMY W. THORPE, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Civil No. 1:23-cv-00052 | |
| | ) | Judge Trauger | |
| VALERIE MILLER, ET AL., | ) | | |
| | ) | | |
| Defendants. | ) | | |

## O R D E R

On May 20, 2025, the Magistrate Judge issued a Report and Recommendation (Doc No. 63), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Summary Judgment (Doc. No. 57) is DENIED.

By separate order, this case is being set for trial before Judge Trauger.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge